IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHESTER RAY JENKINS EL, JR, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00437-MTT |
| JUDGE SARAH S HARRIS et al, | * |
| Defendants. | * |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated January 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Probate Court of Houston County, Georgia.

This 15th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk